IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Lasharon

Printed: 10/29/08

Case Number: 08 B 15034
Judge: Hollis, Pamela S
Filed: 6/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: August 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,121.24 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,981.24 |
| Trustee Fee: |  | 140.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,121.24 | 2,121.24 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 1,981.24 |
| 2. | HFC | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 11,608.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 31,501.39 | 0.00 |
| 6. | HFC | Secured | 6,162.00 | 0.00 |
| 7. | Santander Consumer USA | Unsecured | 60.34 | 0.00 |
| 8. | Credit First | Unsecured | 133.31 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 432.03 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 300.99 | 0.00 |
| 11. | Chase Student Loan Servicing LLC | Unsecured | 6,490.52 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 410.14 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,292.47 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 786.31 | 0.00 |
| 15. | American Honda Finance Corporation | Unsecured | 3,822.55 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 720.51 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 156.21 | 0.00 |
| 18. | The Bureau Inc | Unsecured | 455.58 | 0.00 |
| 19. | Credit Acceptance Corp | Secured |  | No Claim Filed |
| 20. | Internal Revenue Service | Priority |  | No Claim Filed |
| 21. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 22. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 23. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 24. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 25. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 26. | Citicorp Credit Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Lasharon

Printed: 10/29/08

Case Number: 08 B 15034
Judge: Hollis, Pamela S
Filed: 6/12/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 28. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 29. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 30. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 31. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 32. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 33. | Exxon Mobil | Unsecured | | No Claim Filed |
| 34. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | Target National Bank | Unsecured | | No Claim Filed |
| 37. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| | | | $ 67,813.85 | $ 1,981.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 140.00 |
| | $ 140.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

